

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LINDSEY FAY SARAC,

Defendant.

Case No. 2:18-cr-00036-RFB-PAL

**Preliminary Order of Forfeiture**

This Court finds that Defendant Lindsey Fay Sarac pled guilty to Counts One, Two, and Four of a Four-Count Criminal Indictment charging her in Count One with Possession with Intent to Use 5 or More Identification Documents in violation of Title 18, United States Code, Section 1028(a)(3); in Count Two with Possession of 15 or More Counterfeit or Unauthorized Access Devices in violation of Title 18, United States Code, Section 1029(a)(3); and in Count Four with Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A(a)(1) with 1028A(c)(4). Criminal Indictment, ECF No. 14; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

1

This Court finds that Defendant Lindsey Fay Sarac agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 14; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offenses to which Defendant Lindsey Fay Sarac pled guilty.

The following property is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1028(a)(3), 1028A(a)(1) with 1028A(c)(4), and 1029(a)(3), or a conspiracy to commit such offenses; (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Sections 1028(a)(3), 1028A(a)(1) with 1028A(c)(4), and 1029(a)(3), or a conspiracy to violate such offenses; (3) any personal property used or intended to be used to commit violations of Title 18, United States Code, Section 1028(a)(3); and (4) any personal property used or intended to be used to commit violations of Title 18, United States Code, Sections 1029(a)(3) and 1028A(a)(1) with 1028A(c)(4), and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1028(b)(5), (g), and (h); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p):

i. any and all fraudulent identification documents including, but not limited to at least:

a) any and all social security cards including, but not limited to at least the following cards (identified by initials of the card holder and last four digits of the social security number):

| A.M. / 9592 | D.C. / 7862 | E.B. / 1882 | F.S. / 6021 | I.E. / 7982 |
|---|---|---|---|---|
| J.J. / 3837 | J.M. / 8407 | L.J. / 7562 | L.M. / 9702 | N.K. / 1232 |
| R.P. / 6703 | S.B. / 2298 | T.M. / 9775 | X.B. / 7924 | |

b) any and all driver's licenses or identification cards including, but not limited to at least:

1. Nevada driver's licenses and identification cards in the names of A.T., C.B., C.J., C.O., C.V., D.F., D.M., E.K., E.V., G.P., G.W., I.C., J.B., K.H., K.K., L.M., L.S., M.D., M.P., M.S., N.M., R.D., R.P., R.S., S.M., and T.W.;

2. California driver's licenses and identification cards in the names of C.B., M.P., O.C., S.S.;

3. Nevada Medicaid cards in the name of A.M., B.J., D.C., J.D., J.J., K.J., L.J., R.P., R.V., and S.B.;

4. Hong Kong identification card in the name of N.N.; and

5. United States passports in the names of J.F. and L.D.

ii. any and all fraudulent access devices including, but not limited to at least:

a) any and all counterfeit or unauthorized credit or debit cards including, but not limited to at least the following cards (identified

3

by the initials of the card holder and the last four digits of the card number):

| A.M. / 0363 | A.M. / 8674 | A.P. / 0256 | B.K. / 3702 | B.L. / 1602 |
| --- | --- | --- | --- | --- |
| B.L. / 9477 | B.M. / 3069 | B.M. / 6451 | B.T / 7924 | B.T. / 5006 |
| C.B. / 1151 | C.B. / 1729 | C.B. / 2580 | C.B. / 6422 | C.B. / 6961 |
| C.B. / 9590 | C.B. / 9863 | C.J. / 9193 | C.M. / 2878 | C.M. / 4800 |
| C.O. / 4898 | C.P. / 0594 | D.M. / 4051 | D.M. / 4555 | D.M. / 5678 |
| D.M. / 5876 | D.M. / 8840 | D.M. 6949 | D.P. / 0637 | D.P. / 7995 |
| D.P. / 9170 | D.R. / 3813 | E.D. / 9338 | E.S. / 7694 | F.S. / 7405 |
| F.T. / 2395 | G.C. / 4102 | G.C. / 7575 | G.M. / 1312 | G.P. / 0594 |
| I.C. / 0303 | I.S. / 4652 | I.V. / 1395 | J.B. / 0231 | J.B. / 0792 |
| J.B. / 1015 | J.B. / 3332 | J.B. / 4384 | J.B. / 7479 | J.L. / 6458 |
| J.O. / 7783 | K.B. / 0710 | K.R. / 5338 | K.V. / 0319 | K.V. / 1728 |
| L. M. / 8901 | L.B. / 6458 | L.J. / 7194 | L.K. / 8367 | L.M. / 0692 |
| L.M. / 0721 | L.M. / 1448 | L.M. / 3024 | L.M. / 3691 | L.M. / 5710 |
| L.M. / 6642 | L.M. / 7836 | L.S. / 1089 | L.S. / 2276 | L.S. / 7179 |
| L.S. / 7425 | L.S. / 8238 | L.S. / 8818 | L.S. / 9390 | L.S. / 9665 |
| M.A. / 8573 | M.B. / 1720 | M.M. / 8890 | M.M. / 9849 | M.N. / 3183 |
| M.S. / 7787 | N.A. / 3810 | N.N. / 1003 | P.D. / 5729 | P.P. / 2286 |
| R.A. / 6253 | R.P. / 8506 | R.P. / 9809 | R.Q. / 6064 | R.T. / 6734 |
| S.A. / 4570 | S.A. / 5749 | S.H. / 4255 | S.M. / 0626 | S.V. / 5238 |
| S.W. / 4646 | T.D. / 1111 | T.D. / 5959 | T.F. / 5461 | T.H. / 2038 |
| T.H. / 2038 | T.H. / 8050 | V.D. / 9500 | V.E. / 6084 | V.R. / 0085 |
| W.L. / 7736 | | | | |

  b) any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers;

  c) any and all notebooks, checks, account statements, and other papers containing bank account numbers; and

iii. any and all stolen mail

(all of which constitutes property).

  This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

4

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Lindsey Fay Sarac in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the

1  petitioner's right, title, or interest in the forfeited property and any additional facts
2  supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>    Michael A. Humphreys
>    Assistant United States Attorney
>    Daniel D. Hollingsworth
>    Assistant United States Attorney
>    501 Las Vegas Boulevard South, Suite 1100
>    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

///
///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 17th day of May, 2018.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE