# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00036-RFB-PAL |
| Plaintiff, | |
| vs. | **Final Order of Forfeiture** |
| LINDSEY FAY SARAC, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1028(b)(5), (g), and (h); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Lindsey Fay Sarac to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Lindsey Fay Sarac pled guilty. Criminal Indictment,

1

ECF No. 14; Change of Plea, ECF No. 24; Plea Agreement, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 26.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 25, 2018, through June 23, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1028(b)(5), (g), and (h); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(n)(7) and 853(p) and shall be disposed of according to law:

i. any and all fraudulent identification documents including, but not limited to at least:

    a) any and all social security cards including, but not limited to at least the following cards (identified by initials of the card holder and last four digits of the social security number):

| A.M. / 9592 | D.C. / 7862 | E.B. / 1882 | F.S. / 6021 | I.E. / 7982 |
| --- | --- | --- | --- | --- |
| J.J. / 3837 | J.M. / 8407 | L.J. / 7562 | L.M. / 9702 | N.K. / 1232 |
| R.P. / 6703 | S.B. / 2298 | T.M. / 9775 | X.B. / 7924 | |

    b) any and all driver's licenses or identification cards including, but not limited to at least:

        1. Nevada driver's licenses and identification cards in the names of A.T., C.B., C.J., C.O., C.V., D.F., D.M., E.K., E.V., G.P., G.W., I.C., J.B., K.H., K.K., L.M., L.S., M.D., M.P., M.S., N.M., R.D., R.P., R.S., S.M., and T.W.;

        2. California driver's licenses and identification cards in the names of C.B., M.P., O.C., S.S.;

        3. Nevada Medicaid cards in the name of A.M., B.J., D.C., J.D., J.J., K.J., L.J., R.P., R.V., and S.B.;

        4. Hong Kong identification card in the name of N.N.; and

        5. United States passports in the names of J.F. and L.D.

ii. any and all fraudulent access devices including, but not limited to at least:

    a) any and all counterfeit or unauthorized credit or debit cards including, but not limited to at least the following cards (identified

1      by the initials of the card holder and the last four digits of the card
2      number):

| A.M. / 0363 | A.M. / 8674 | A.P. / 0256 | B.K. / 3702 | B.L. / 1602 |
| B.L. / 9477 | B.M. / 3069 | B.M. / 6451 | B.T / 7924  | B.T. / 5006 |
| C.B. / 1151 | C.B. / 1729 | C.B. / 2580 | C.B. / 6422 | C.B. / 6961 |
| C.B. / 9590 | C.B. / 9863 | C.J. / 9193 | C.M. / 2878 | C.M. / 4800 |
| C.O. / 4898 | C.P. / 0594 | D.M. / 4051 | D.M. / 4555 | D.M. / 5678 |
| D.M. / 5876 | D.M. / 8840 | D.M. 6949   | D.P. / 0637 | D.P. / 7995 |
| D.P. / 9170 | D.R. / 3813 | E.D. / 9338 | E.S. / 7694 | F.S. / 7405 |
| F.T. / 2395 | G.C. / 4102 | G.C. / 7575 | G.M. / 1312 | G.P. / 0594 |
| I.C. / 0303 | I.S. / 4652 | I.V. / 1395 | J.B. / 0231 | J.B. / 0792 |
| J.B. / 1015 | J.B. / 3332 | J.B. / 4384 | J.B. / 7479 | J.L. / 6458 |
| J.O. / 7783 | K.B. / 0710 | K.R. / 5338 | K.V. / 0319 | K.V. / 1728 |
| L. M. / 8901 | L.B. / 6458 | L.J. / 7194 | L.K. / 8367 | L.M. / 0692 |
| L.M. / 0721 | L.M. / 1448 | L.M. / 3024 | L.M. / 3691 | L.M. / 5710 |
| L.M. / 6642 | L.M. / 7836 | L.S. / 1089 | L.S. / 2276 | L.S. / 7179 |
| L.S. / 7425 | L.S. / 8238 | L.S. / 8818 | L.S. / 9390 | L.S. / 9665 |
| M.A. / 8573 | M.B. / 1720 | M.M. / 8890 | M.M. / 9849 | M.N. / 3183 |
| M.S. / 7787 | N.A. / 3810 | N.N. / 1003 | P.D. / 5729 | P.P. / 2286 |
| R.A. / 6253 | R.P. / 8506 | R.P. / 9809 | R.Q. / 6064 | R.T. / 6734 |
| S.A. / 4570 | S.A. / 5749 | S.H. / 4255 | S.M. / 0626 | S.V. / 5238 |
| S.W. / 4646 | T.D. / 1111 | T.D. / 5959 | T.F. / 5461 | T.H. / 2038 |
| T.H. / 2038 | T.H. / 8050 | V.D. / 9500 | V.E. / 6084 | V.R. / 0085 |
| W.L. / 7736 | | | | |

  b)   any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers;

  c)   any and all notebooks, checks, account statements, and other papers containing bank account numbers; and

iii.   any and all stolen mail

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States

of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 20th day of August, 2018.



HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE