# UNITED STATES DIS9RICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDSEY FAY SARAC,<br><br>　　　　Defendant. | CASE NO.: 2:18-cr-00036-RFB-PAK<br><br>**ORDER** |

Before the Court is Defendant Lindsey Fay Sarac's Motion for Judicial Recommendation for Recommendation to the Bureau of Prisons. (ECF No. 37) The government filed an opposition this Motion. (ECF No. 36). The Court pursuant to 18 U.S.C. § 3624(c)(1) and (c)(2) may in its discretion make a recommendation to the Bureau of Prisons ("BOP") regarding placement of a particular defendant it has sentenced. The Court has reviewed the entire record in this case, including the sentencing hearing. The Court has also considered the negative impact from the global pandemic of the novel coronavirus on BOP operations of and conditions of confinement and rescinds its prior recommendation to a facility in Tallahassee, Florida. Having considered all of these factors and the information within the Motion, the Court finds it appropriate to recommend that Ms. Sarac be permitted to serve her term entire 24 month term of supervision on home confinement for the remainder of her time under BOP custody.   The Court further makes the following recommendation:

　　1) Home confinement for her entire 24 months on home confinement;

　　2) Reside with Father Allen Sarac;

　　3) GPS monitoring device;

　　4) Drug Treatment through the C.A.R.E Program;

5) Drug Testing; and

6) Mental Health Counseling.

Accordingly,

IT IS HEREBY RECOMMENDED to the Bureau of Prisons that the Defendant Lindsay Fay Sarac be permitted to serve her remaining 24 months on home confinement along with the conditions of supervision.

DATED:  June 8, 2020.

**RICHARD F. BOULWARE II**
**UNITED STATES DISTRICT JUDGE**