## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Lindsey Sarac,<br><br>      Defendant. | Case No. 2:18-cr-00036-RFB-PAL<br><br>**Order for Production of Documents** |

Upon motion of Lindsey Sarac pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Nevada Department of Corrections must produce all medical records pertaining to Lindsey Sarac as set forth in the subpoena.

DATED: June 8, 2020.

                              RICHARD F. BOULWARE, II
                              United States District Judge