# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LINDSEY SARAC,<br><br>    Defendant. | Case No. 2:18-cr-00036-RFB-PAL<br><br>**Emergency Order for Production of Documents** |

    On August 26, 2020, this Court held a hearing on Lindsey Sarac's motion for compassionate release. The Court incorporates by reference its findings in that hearing.  Ms. Sarac is currently incarcerated at FCI Tallahassee. The Court finds that there is an urgent need for a review of her records to determine whether or not she should be released from custody.

    As the Court has found there is an emergency need for the production of Ms. Sarac's medical records,

    **IT IS HEREBY ORDERED** that the warden and/or the medical director of FCI Tallahassee shall produce a complete copy of Lindsey Sarac's medical records to this Court under seal by **August 28, 2020, at 5:00 p.m. PST**. Bureau of Prisons staff shall contact the Courtroom Administrator Blanca Lenzi at (702) 464-5470 to arrange the manner of production.

    DATED: <u>August 26, 2020</u>.

                                              RICHARD F. BOULWARE II
                                              United States District Court Judge